UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Corinne Karizamimba,  )  <br> ) <br> ) <br>  Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> Wal-Mart Stores East, LP,  ) <br> ) <br> ) <br> ) <br> ) <br>  Defendant.  ) | Case No. 4:21-cv-01391-UNA |

**ORDER**

The above styled and numbered case was opened on November 24, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:21-cv-00171-ACL.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01391 UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated: November 29, 2021            By: /s/ Michele Crayton
                                        Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:21-cv-00171-ACL.**